**FILED**

OCT 11 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 2:06cr237-WKW-DRB |
| ) | [18 U.S.C. § 922(g)(1)] |
| v. ) | |
| ) | |
| LYDELL HARRIS ) | INDICTMENT |
| a/k/a "Chance" ) | |

The Grand Jury charges:

## COUNT 1

On or about October 8, 2005, in Pike County, within the Middle District of Alabama, having been convicted of the following offenses which are punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

(a) Unlawful Possession of a Controlled Substance, Cocaine in the Circuit Court of Houston County, Alabama, Case No. CC-00-355, on or about February 13, 2001;

(b) Unlawful Possession of a Controlled Substance, Cocaine in the Circuit Court of Houston County, Alabama, Case No. CC-98-219, on or about May 4, 1998;

(c) Unlawful Possession of a Controlled Substance, Cocaine in the Circuit Court of Houston County, Alabama, Case No. CC-97-984, on or about May 4, 1998;

did knowingly possess in and affecting commerce a Glock, Model 19, 9mm Caliber Pistol, a better description of which is unknown to the Grand Jury.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature: Janice Davis Williams]*
Foreperson

*[signature: Leura G. Canary]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
CHRISTOPHER A. SNYDER
Assistant United States Attorney