IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-237-WKW |
| | ) | |
| LYDELL HARRIS | ) | |

<u>GOVERNMENT'S MOTION FOR DETENTION HEARING</u>

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for

a detention hearing for the above-captioned defendant.

1.    <u>Eligibility of Cases</u>

This case is eligible for a detention order because this case involves:

_____    Crime of violence (18 U.S.C. § 3156)

_____    Maximum sentence of life imprisonment or death

_____    10 + year drug offense

_____    Felony, with two prior convictions in the above categories

_____X_____    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

_____    Felony involving a minor victim

_____    Felony involving possession or use of a firearm or other destructive device
(as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____    Failure to register a sex offender (18 U.S.C. § 2250)

2.   Reason For Detention

The Court should detain defendant because there are no conditions of release which will

reasonably assure:

     X            Defendant's appearance as required

                Safety of any other person and the community

3.     <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

                Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

                Previous conviction for "eligible" offense committed while on pretrial bond

                A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.     <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

                At the initial appearance

     X            After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 30th day of October, 2006.

LEURA G. CANARY
United States Attorney


/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov