IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-237-WKW |
| | ) | |
| LYDELL HARRIS | ) | |

**ORDER ON MOTION**

Pursuant to the *Government's Motion for Detention Hearing* (Doc. 4, filed October 30, 2006), it is

**ORDERED** that the *Motion* is **GRANTED now only to the extent that it seeks a detention hearing.** Accordingly, a detention hearing is hereby set at **10:30 a.m. on Friday, November 3, 2006**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama 36104.

The defendant shall be remanded to the custody of the United States Marshal pending the hearing.

Done this 31st day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE