IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 06-cr-237-WKW |
| **LYDELL HARRIS** | ) ) | |
|     a/k/a "Chance" | ) ) | |

**United States' Unopposed Motion to Withdraw Request for Detention**

The United States moves to withdraw its request for detention in this case. Originally, the United States made this request based upon information it had received from the U.S. Probation Office. Probation had indicated that the Defendant, Lydell Harris, had requested that he not be let out on bond. Additionally, Probation had indicated that during his pretrial services interview, Harris had been uncooperative and would not provide an address that he could return to should he be released on bond.

Based upon this information and the underlying criminal offense, the United States believed that there was clear and convincing evidence that Harris was a flight risk. Probation, however, has since spoken with Harris's girlfriend, who indicated that he could continue to reside with her at her address in Brundige, Alabama. Additionally, the United States has conferred with Harris's defense counsel, Don Bethel, and he has indicated that he now wishes to be released on bond.

Based upon this new information, the United States now requests to withdraw its previous detention motion and requests that the Court cancel the detention hearing, currently

scheduled for this Friday. The United States has no objection to Harris's release on the standard bond conditions for this District. Attorney Bethel has indicated that he has no objection to this motion.

Respectfully submitted this 2nd day of November, 2006,

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: christopher.a.snyder@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Don Bethel.

> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney