IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-237-WKW |
| | ) | |
| LYDELL HARRIS | ) | |

## ORDER ON MOTION

Pursuant to the *United States' Unopposed Motion to Withdraw Request for Detention* (Doc. 9, filed November 2, 2006), it is

**ORDERED** that the *Motion* is **GRANTED.** Accordingly, the detention hearing hereby set at **10:30 a.m. on Friday, November 3, 2006**, is CANCELLED. The United States Marshall shall produce the Defendant for arraignment and a bond hearing at 10:30 a.m. on Friday, November 3, 2006, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama 36104.

Done this 3rd day of November, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE