COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☐ INITIAL APPEARANCE                    DATE: 11/3/06
√ BOND HEARING
☐ DETENTION HEARING                     DIGITAL Recording : 10:44 - 11:02
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

PRESIDING MAG. JUDGE: DELORES R. BOYD    DEPUTY CLERK: Wanda Robinson
CASE NO: 2:06cr237-WKW                   DEFENDANT NAME: Lydell Harris
AUSA: Christopher A. Snyder              DEFT. ATTY: Donnie Wayne Bethel
                                         Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: Sandra Wood                        USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES     Name:

_____

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ☐ | Financial Affidavit executed  *ORAL MOTION FOR APPT OF COUNSEL* |
| ☐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ☐ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | **BOND EXECUTED (M/D AL charges) $. 25,000** |
| ☐ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ☐ Set for |
| √ | DISCOVERY DISCLOSURE DATE: USA provided 10/31/06; Defendant due 11/14/06 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | WAIVER of Speedy Trial. **CRIMINAL TERM:** 4/23/07 Pretrial: 2 months prior to Trial |