| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 20, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:27 - 3:29 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr237-WKW | **DEFENDANT(S)** Lydell Harris |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Donnie Bethel |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Notice of intent to change plea to be filed on or before noon on April 11, 2007

☐ **TRIAL STATUS**
    Likely trial
    Trial time - 2 days

☐ **REMARKS:**