IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr237-WKW |
| | ) | |
| LYDELL HARRIS | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on February 20, 2007 before the undersigned Magistrate Judge. Present at this conference were Donnie Bethel, counsel for the defendant, and Assistant United States Attorney Christopher Snyder, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for April 23, 2007. The trial of this case is set during the trial term commencing on April 23, 2007 before United States District Judge William Keith Watkins and is expected to last 2 days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before April 16, 2007. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before April 16, 2007. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before April 16, 2007.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on April 11, 2007 . The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on April 23, 2007. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on April 23, 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

7. This case is set for a final pretrial conference on April 2, 2007 at 3:00 p.m. in Courtroom 5B.

DONE, this 23rd day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE