# United States District Court

## for

## Middle District of Alabama

### Report on Defendant Under Pretrial Release Supervision

Name of Defendant: Lydell Harris                Case Number: 2:06CR237-WKW

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: November 3, 2006

Original Offense: Felon in Possession of a Firearm

Type of Release: $25,000 unsecured bond with Pretrial Supervision

Date of Next Court Appearance: July 20, 2007 (sentencing)

Conditions of Release: Execute $25,000 unsecured appearance bond; Maintain or actively seek employment; No firearms; Refrain from use or unlawful possession of narcotic drug; substance abuse testing; Refrain from attempting to obstruct or tamper with electronic monitoring equipment and/or substance abuse testing; Participate in program of inpatient or outpatient substance abuse treatment if deemed necessary; Report as soon as possible any contact with law enforcement; Refrain from possessing any type of drug paraphernalia; Refrain from excessive use of alcohol.

Assistant U.S. Attorney: Christopher A. Snyder                Defense Attorney: Donnie Wayne Bethel

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 7(p) "The defendant shall refrain from any use or unlawful possession of narcotic drug." | On April 23, 2007, Harris provided a urine sample that tested presumptive positive for the presence of marijuana. Harris admitted his marijuana use. |

U.S. Probation Officer Action: At this time, the probation officer recommends no action be taken by the court. Harris will be referred for a substance abuse evaluation and he will participate in any necessary treatment. Harris was reprimanded and advised that if further violations occur, the probation office will request more severe action be taken.

                                                  Respectfully submitted,

by   /s/ David Conoly

David A. Conoly
U.S. Probation Officer
Date: April 30, 2007

Reviewed and approved:   /s/ Sandra Wood
                              Supervisory U.S. Probation Officer

*The Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions of Release
[ ] Submit a Request for Warrant or Summons
[ ] Other
[X] Concur with Probation Officer's recommendation
[ ] No action necessary

                                                     /s/ Susan Russ Walker
                                                       Signature of Judicial Officer

                                                       5/1/07
                                                         Date