IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06-cr-237-WKW |
| ) | |
| LYDELL HARRIS ) | |

**ORDER**

It is ORDERED that the sentencing scheduled for July 20, 2007, is RESCHEDULED to July 17 2007, at 9:30 a..m. in Courtroom 2-E of the Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 18th day of June, 2007.

                                /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE