# United States District Court

### for

### Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant
## Under Pretrial Release Supervision

Name of Defendant: Lydell Harris          Case Number: 2:06cr237-WKW

Name of Releasing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Release: November 3, 2006, July 17, 2007, sentenced and allowed to voluntary surrender to BOP.

Original Offense: Felon in Possession of a Firearm, 18 USC § 922(g)(1)

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: None

Conditions of Release: Maintain or actively seek employment; No possession of firearms, destructive devices or dangerous weapons; Refrain from use or unlawful possession of narcotic drug; substance abuse testing; Report as soon as possible any contact with law enforcement; Refrain from possessing any type of drug paraphernalia; Refrain from excessive use of alcohol;

Assistant U.S. Attorney: Kent B. Brunson          Defense Attorney: Timothy Charles Halstrom

## PETITIONING THE COURT

[ X ]    To issue a warrant
[ ]      To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Condition No. (p): "Refrain from any use or unlawful possession of narcotic drug and other controlled substances..." | On July 17, 2007, Harris submitted a urine sample that tested presumptive positive for marijuana. Harris admitted to smoking marijuana on or about July 12, 2007. |

Supervision history of defendant and actions taken by officer: The defendant has been under supervision since November 3, 2006. Since then he has tested positive once for controlled substances. On April 30, 2007, the court was notified of the violation and the probation officer advised that Harris was reprimanded and would be referred for a substance abuse evaluation and participate In any necessary treatment. On June 11, 2007, Harris was evaluated at East Central Mental Health in Troy, AL, and diagnosed as cannabis dependent. He began outpatient treatment on June 12, 2007.

U.S. Probation Officer Recommendation: Considering Harris' prior use of marijuana along with his current use while participating in treatment, it is respectfully recommended that a warrant be issued and Harris be brought before the court to determine why his bond should not be revoked.

PS 12C
(8/03)

[X]     The term of supervision should be:
        [ X]     revoked.

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the
foregoing is true and correct

Respectfully submitted,

by      /s/ David A. Conoly

David A. Conoly
U.S. Probation Officer
Date: July 17, 2007

Reviewed and approved:

/s/ Sandra Wood
Sandra Wood
Supervisory U. S. Probation Officer

THE COURT ORDERS:

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

7·17·07 @ 4:44 P.M.
Date