# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                AT MONTGOMERY, ALABAMA

DATE COMMENCED   JULY 17, 2007                          AT 12:15 A.M./P.M.

DATE COMPLETED   JULY 17, 2007                          AT 1:05  A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CR. NO.  2:06cr237-WKW |
| | ) | |
| LYDELL HARRIS | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Chris Snyder | | Atty. Donnie Bethel |

COURT OFFICIALS PRESENT:

| Ann Roy | Josh Segall | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 12:15 PM | Sentencing hearing commenced. Terms of plea agreement stated for the record.  Government's objections to PSR: use of a cross reference to U.S.S.G 2B3.; objection sustained. Defendant's objection to PSR: 1. language used to describe offense conduct. Objection sustained as to term "branishing"; otherwise overruled.  2. Granting of two-level reduction for acceptance of responsibility.  Objection sustained.  3.  Two-level enhancement for obliterated serial number. Objection overruled. 4.  Five-level enhancement pursuant to U.S.S.G. 2B3.1(b)(2)(C). Objection overruled. Defendant's evidence presented. Court accepts plea agreement.  Sentence imposed. |
| 1:05 PM | Hearing concluded. |