IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-237-WKW |
| | ) | |
| LYDELL HARRIS | ) | |

## O R D E R

It is CONSIDERED and ORDERED that a hearing is hereby SET on **July 23, 2007 at 2:00 p.m.**, before the Honorable W. Keith Watkins, United States District Judge, in Courtroom 2-E of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, to consider revocation of the order releasing defendant pending voluntary surrender.

DONE this 19th day of July, 2007.

           /s/   W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE