IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CR. NO. 06-cr-237-WKW** |
| ) | |
| **LYDELL HARRIS** ) | |
| a/k/a "Chance" ) | |

**Government's Motion for a Nunc Pro Tunc
Order of Temporary Detention to Permit Revocation of Conditional Release**

    The United States of America formally moves the Court to issue a <u>nunc pro tunc</u> written order temporarily detaining Defendant Lydell Harris in this case.  <u>See</u> 18 U.S.C. § 3142(a)(3) and (d)(1)(A)(ii).  Currently pending before the Court is a petition to revoke Harris's bond and conditional release (pending receipt of his prison designation from the Bureau of Prisons).  The revocation hearing has been set for Monday, July 23, 2007, at 2:00 p.m. before the Hon. W. Keith Watkins.

    At Harris's initial appearance on the petition, the Government orally requested temporary detention, and the Court granted it.  Now the Government requests the Court issue a <u>nunc pro tunc</u> written order that Harris be temporarily detained until Judge Watkins has had the opportunity to hold Harris's revocation hearing.  Under Section 3142(d) the Court shall detain Harris for a period of no more than ten days, excluding weekends.  <u>See</u> 18 U.S.C. §3142(d); <u>United States v. Moncada-Pelaez</u>, 810 F.2d 1008, 1010 (11th Cir. 1987).  The Government also requests leave of Court to file a supplemental motion with additional grounds should this be necessary.

    Respectfully submitted this the 19th day of July, 2006.

                                                    LEURA G. CANARY
                                                   United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Federal Defender's Office.

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER