IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-237-WKW |
| | ) | |
| LYDELL HARRIS | ) | |

## ORDER

The Government's Motion for a *Nunc Pro Tunc* Order of Temporary Detention (Doc. # 35) is DENIED as moot.

DONE this 26th day of July, 2007.

       /s/  W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE