AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: | LYDELL HARRIS |
| CASE NUMBER: | 2:06cr237-WKW |

Judgment — Page 2 of 6

## IMPRISONMENT

**RETURNED AND FILED**
JAN - 8 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**58 Months**

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on    August 30, 2007    . (Initial Order: Voluntary surrender condition revoked on 7/23/07 for contempt of court at sentencing hearing - Mr. Harris tested positive for illegal drugs immediately after sentencing.)

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Fully

Defendant delivered on   Dec 21 07   to   USP-Pollock

at   Pollock, LA   , with a certified copy of this judgment.

Joe Keffer, Warden
UNITED STATES MARSHAL

By   Amy Demoino, USE
DEPUTY UNITED STATES MARSHAL

RECEIVED 2008 JAN -2 A [UNITED STATES MARSHALS SERVICE MIDDLE DIST ALA]